```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  JOHN E. LEE (CBN 128696)
    MONICA E. TAIT (CBN 157311)
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone:  (213) 894-3995/2931
 9       Facsimile:  (213) 894-2380/7177
         E-Mail:   john.lee2@usdoj.gov
10                 monica.tait@usdoj.gov

11  Attorneys for Plaintiff
    United States of America
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA,<br><br>          Defendant.<br>_____<br><br>CHRISTOPHER KIM, a/k/a KYUNG JOON KIM; BORA LEE; DAS CORPORATION; and OPTIONAL CAPITAL INC.,<br><br>          Claimants.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v. | NO. CV 04-2788-ABC(PLAx)<br>[CONSOLIDATED ACTION]<br><br>JOINT AMENDED JUDGMENT RE: AWARD OF ATTORNEYS FEES<br><br><br><br><br><br><br><br><br><br><br><br>NO. CV 04-3386-ABC(PLAx) |

```
 1  REAL PROPERTY LOCATED AT 924 N.)
    BEVERLY DRIVE, BEVERLY HILLS, )
 2  CALIFORNIA,                   )
                                  )
 3           Defendant.           )
    _____)
 4                                )
    ERICA M. KIM; DAS CORPORATION;)
 5  OPTIONAL CAPITAL, INC.,       )
                                  )
 6           Claimants.           )
    _____)   NO. CV 05-3910-ABC(PLAx)
 7                                )
    UNITED STATES OF AMERICA,     )
 8                                )
             Plaintiff,           )
 9                                )
                v.                )
10                                )
    ALL FUNDS IN CREDIT SUISSE    )
11  PRIVATE BANKING ACCOUNT NO.   )
    0251-844548-6 IN THE NAME OF  )
12  ALEXANDRIA INVESTMENT, LLC,   )
    et al.,                       )
13                                )
             Defendants.          )
14  _____)
                                  )
15  CHRISTOPHER KIM, a/k/a KYUNG  )
    JOON KIM; ERICA M. KIM;       )
16  BORA LEE; SE YOUNG KIM;       )
    YOUNG AI KIM; ALEXANDRIA      )
17  INVESTMENT, LLC; FIRST        )
    STEPHORA AVENUE, INC.;        )
18  DAS CORPORATION; and          )
    OPTIONAL CAPITAL, INC.,       )
19                                )
             Claimants.           )
20  _____)
```

The Court entered summary judgment in favor of claimants Christopher Kim, a/k/a Kyung Joon Kim; Erica M. Kim; Bora Lee; Se Young Kim; Young Ai Kim; Alexandria Investment, LLC; and First Stephora Avenue, Inc. (collectively, "Kim claimants"), on March 14, 2007. Because the Kim claimants prevailed on summary judgment, the court ruled on February 12, 2008, that the Kim

1 claimants are entitled to an award of attorneys fees and costs in
2 the amount of $1,113,987.82, pursuant to 28 U.S.C.
3 § 2465(b)(1)(A). Based on the parties' stipulation, the court
4 hereby amends its February 12, 2008 Order Re: Kim Claimants'
5 Motion for Attorneys' Fees and Costs ("February 12, 2008 Order")
6 as follows:
7     1. The amount of the award is hereby adjusted as follows:
8     (A) The award is reduced by $57,424.82 for the reasons
9         stated in the parties' <u>Stipulation Regarding Deduction</u>
10         <u>of Amount of Attorneys Fees Billed by Quinn Emanuel</u>
11         <u>Relating to Bivens/injunctive Relief Action</u>, filed March
12         13, 2008;
13     (B) After making the above reduction, the award is increased
14         by $110,575.00 based on the entries preceded by the
15         letter "F" (indicating "forfeiture") on the billing
16         statement for the period April 16, 2007 to February 15,
17         2008 attached hereto as Exhibit A; and
18     (C) The award is further increased by $5,000.00 based on the
19         entries preceded by the letter "F" on the billing
20         statement for the period February 16, 2008 to March 13,
21         2008 attached hereto as Exhibit B.
22 Therefore, the adjusted award is **$1,172,137.90**. The U.S. shall
23 pay this amount within 30 days of the issuance of a mandate by the
24 Ninth Circuit Court of Appeals affirming this court's summary
25 judgment in C.A. No. 07-55390, by check payable to 'Law Office of
26 Eric Honig Client Trust Account.' In the event that the Ninth
27 Circuit reverses or vacates this court's summary judgment in C.A.
28 No. 07-55390, or the fees and costs may otherwise be determined by

1  this court or the Ninth Circuit not to be owing or payable, said
2  amount shall not be owing or payable, except as may be otherwise
3  ordered by the court or by the Ninth Circuit.
4      IT IS HEREBY FURTHER ORDERED that the adjusted award set
5  forth herein supersedes the amount awarded in the February 12,
6  2008 order; that this Order constitutes a final judgment for
7  attorneys's fees and costs, and that the court's February 12, 2008
8  Order was not a final, appealable order; and that the time for
9  appeal of this Order runs from February 12, 2008.
10     IT IS HEREBY FURTHER ORDERED that the government preserves on
11 appeal, and in any future litigation in this matter in the event
12 of a remand, (1) all objections raised by the government in the
13 oppositions to attorneys fees' awards the government has
14 previously filed in these consolidated matters; and (2) the right
15 to object to the payment of attorneys' fees and costs incurred by
16 one claimant in opposing pleadings filed by another claimant, and
17 claimants preserve their argument that such objection is waived as
18 to fees and costs incurred prior to April 15, 2007.
19     IT IS HEREBY FURTHER ORDERED that execution of this judgment
20 is hereby stayed until 30 days after the issuance of a mandate by
21 the Ninth Circuit in C.A. No. 07-55390 or in any appeal of this
22 judgment, whichever shall last occur.

24 DATED: March 19, 2008                    _____
                                            The Honorable Audrey B. Collins
25                                          UNITED STATES DISTRICT JUDGE