LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
Telephone: (310) 314-2603
Fax: (310) 314-2793

Attorney for Claimants Christopher Kim,
Erica M. Kim, Bora Lee, Young Ai Kim,
Se Young Kim, Alexandria Investment, LLC
and First Stephora Avenue, Inc. (the "Kim claimants")

E-FILED
OCT 13 2009

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 04-2788-ABC (PLAx) |
| Plaintiff, | (CONSOLIDATED CASES) |
| v. | |
| REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA, | |
| REAL PROPERTY LOCATED AT 924 N. BEVERLY DRIVE, BEVERLY HILLS, CALIFORNIA, | No. CV 04-3386-ABC (PLAx) |
| ALL FUNDS IN CREDIT SUISSE PRIVATE BANKING ACCOUNT, | No. CV 05-3910-ABC (PLAx) |
| Defendants. | |
| CHRISTOPHER KIM, ERICA M. KIM, BORA LEE, SE YOUNG KIM, YOUNG AI KIM, ALEXANDRIA INVESTMENT, LLC, FIRST STEPHORA AVENUE, INC., DAS CORPORATION, and OPTIONAL CAPITAL, INC., | [~~PROPOS~~ED] FINAL JUDGMENT |
| Claimants. | |

Upon consideration of the motion of the Kim claimants to dismiss the "summary judgment properties" from the complaint and to vacate the stay of the

March 14, 2007 judgment ordering the release of those properties to the Kim claimants, and to enforce that judgment, *inter alia*,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is granted,

IT IS FURTHER ORDERED that the following "summary judgment properties" are dismissed from these consolidated cases: in case No. CV 04-2788, $2,957,240.40 (plus interest), representing the proceeds from the sale of real property located at 475 Martin Lane; in case No. CV 04-3386, the real property located at 924 N. Beverly Drive, Beverly Hills, California; in case No. CV 05-3910, all funds in Credit Suisse Private Banking Account No. 0251-844548-6 in the name of Alexandria Investment, LLC, and in Credit Suisse Private Banking Account No. 0251-922787-3 in the name of Erica Mihae Kim), a 1999 Porsche Carrera, and various items of household furnishings seized in April 2005, including the defendant chandeliers;

IT IS FURTHER ORDERED that the May 22, 2007 stay of the March 14, 2007 final judgment is hereby lifted; and

IT IS FURTHER ORDERED that the March 14, 2007 judgment shall be enforced and executed forthwith.

DATED: Oct. 13, 2009

/s/ A. Collins
UNITED STATES DISTRICT JUDGE

Presented by:
LAW OFFICE OF ERIC HONIG

/s/ Eric Honig
ERIC HONIG
Attorney for the Kim claimants