LAW OFFICE OF ERIC HONIG
Eric Honig - CA Bar No. 140765
P.O. Box 10327
Marina del Rey, CA 90295
Telephone: (310) 314-2603
Fax: (310) 314-2793

Attorney for Claimants Christopher Kim,
Erica M. Kim, Bora Lee, Young Ai Kim,
Se Young Kim, Alexandria Investment, LLC
and First Stephora Avenue, Inc. (the "Kim claimants")

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA,<br><br>REAL PROPERTY LOCATED AT 924 N. BEVERLY DRIVE, BEVERLY HILLS, CALIFORNIA,<br><br>ALL FUNDS IN CREDIT SUISSE PRIVATE BANKING ACCOUNT,<br><br>Defendants.<br><br>CHRISTOPHER KIM, ERICA M. KIM, BORA LEE, SE YOUNG KIM, YOUNG AI KIM, ALEXANDRIA INVESTMENT, LLC, FIRST STEPHORA AVENUE, INC., DAS CORPORATION, and OPTIONAL CAPITAL, INC.,<br><br>Claimants. | **No. CV 04-2788-ABC (PLAx)**<br><br>**(CONSOLIDATED CASES)**<br><br><br><br>No. CV 04-3386-ABC (PLAx)<br><br><br><br>No. CV 05-3910-ABC (PLAx)<br><br><br><br>[P~~ROPO~~SED]<br>FINAL JUDGMENT |

Upon consideration of the motion of the Kim claimants for summary judgment as to all defendant properties based on *res judicata* and collateral estoppel, *inter alia*,

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is
2  hereby granted,
3   IT IS FURTHER ORDERED that all defendant properties, as described below,
4  are dismissed from these cases: for CV 04-2788, $2,957,240.40 (plus interest),
5  representing the proceeds from the sale of real property located at 475 Martin Lane;
6  for case No. CV 04-3386, the real property located at 924 N. Beverly Drive, Beverly
7  Hills, California; for case No. CV 05-3910, 1) $956,525.05 from United Commercial
8  Bank Account no. 63600084 in the name of First Stephora Avenue, Inc.; 2)
9  $157,329.05 from United Commercial Bank Account no. 6359914 in the name of
10 Alexandria Investment, LLC; 3) $174,315.16 from Wilshire State Bank Account no.
11 3219380 in the name of Se Young Kim; 4) One 2004 Mercedes Benz CL 500; 5) One
12 Mercedes Benz S500 (currently in the possession of claimant Se Young Kim,
13 pursuant to the court's November 13, 2007 order releasing custody of the asset to
14 him); 6) One 1999 Ferrari 500 Maranello; 7) $34,000.00, as a substitute *res* for One
15 2003 Landrover Range Rover; 8) one 2002 Porsche Boxter; and 9) one 2002 Toyota
16 Tacoma Pickup Truck, 10) all funds in Credit Suisse Private Banking Account No.
17 0251-844548-6 in the name of Alexandria Investment, LLC, and in Credit Suisse
18 Private Banking Account No. 0251-922787-3 in the name of Erica Mihae Kim), 11)
19 one 1999 Porsche Carrera, and 12) various items of household furnishings seized in
20 April 2005, including the defendant chandeliers;
21   IT IS FURTHER ORDERED that the plaintiff government forthwith withdraw
22 its *lis pendens* recorded against the defendant Beverly Drive property;
23   IT IS FURTHER ORDERED that the plaintiff government forthwith withdraw
24 its Request for Assistance directed to The Central Authority of Switzerland for the
25 freeze of the defendant Credit Suisse Private Banking Account No. 0251-844548-6 in
26 the name of Alexandria Investment, LLC, and  Credit Suisse Private Banking
27 Account No. 0251-922787-3 in the name of Erica Mihae Kim, and forthwith request
28 that the Swiss Central Authority lift the account freeze forthwith;

1      IT IS FURTHER ORDERED that all defendant properties shall be returned and
2 released forthwith to the Kim claimants through their counsel of record, Eric Honig,
3 and that all returned currency shall include all accrued interest thereon;
4      IT IS FURTHER ORDERED that any check(s) for the return of the defendant
5 currency shall be made payable to the Law Office of Eric Honig Attorney Client Trust
6 Account, P.O. Box 10327, Marina del Rey, CA 90295.

8 DATED: October 13, 2009       _/s/_____
9                                               UNITED STATES DISTRICT JUDGE

12 Presented by:
13 LAW OFFICE OF ERIC HONIG

14 /s/ Eric Honig
15 _____
ERIC HONIG
16 Attorney for the Kim claimants