1  LAW OFFICE OF ERIC HONIG
   Eric Honig - CA Bar No. 140765
2  P.O. Box 10327
   Marina del Rey, CA 90295
3  erichonig@aol.com
   Telephone: (310) 314-2603
4  Fax: (310) 943-2220

5  Attorney for Christopher Kim, Bora Lee,
   Erica Kim, Se Young Kim, and Young
6  Ai Kim, and Attorneys for Intervenors Law Office
   of Eric Honig, APLC and Eric Honig
7
   JANET SHERMAN (SBN 98560)
8  SHERMAN & SHERMAN
   A Professional Law Corporation
9  2115 Main Street
   Santa Monica, California 90405
10 E-Mail:    JanetSher@aol.com
   Tele:      310-399-3259
11 Fax:       310-392-9029

12 Attorneys for Intervenors Law Office
   of Eric Honig, APLC and Eric Honig
13

14             UNITED STATES DISTRICT COURT
15             CENTRAL DISTRICT OF CALIFORNIA
16                    WESTERN DIVISION

| | |
|---|---|
| 17 UNITED STATES OF AMERICA, | **No. CV 04-2788-ABC (PLAx)** |
| 18         Plaintiff, | (CONSOLIDATED CASES) |
| 19         v. | No. CV 04-3386-ABC (PLAx) |
|  | No. CV 05-3910-ABC (PLAx) |
| 20 REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, |  |
| 21 CALIFORNIA, ET AL, | [~~PROPOSED~~] |
|  | **JUDGMENT AWARDING** |
| 22         Defendants. | **ATTORNEY FEES** |
| 23 ─────────────────────── |  |
|    CHRISTOPHER KIM, ET AL, |  |
| 24 |  |
|            Claimants. |  |
| 25 ─────────────────────── |  |
| 26 LAW OFFICE OF ERIC HONIG, APLC AND ERIC HONIG, ET AL, |  |
| 27 |  |
|            Intervenors. |  |
| 28 ─────────────────────── |  |

1     Considering the joint motion of Claimants Christopher Kim, Erica Kim, Bora
2 Lee, Se Young Kim, and Young Ai Kim and Intervenors Law Office of Eric Honig
3 and Eric Honig for attorney fees,

4     IT IS ORDERED that the motion is granted;

5     IT IS FURTHER ORDERED that the United States shall pay **$39, 062.50** in
6 attorney fees directly to the Law Office of Eric Honig, within 14 days from the entry
7 of this judgment.

9 DATED: November 13, 2012

                                                        UNITED STATES DISTRICT JUDGE