1  REHM & ROGARI
Ralph Rogari (SBN 139422)
2  12121 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025
3  Tel: (310) 207–0059; Fax: (310) 207-2780

4  Mary Lee (SBN 177085)
Law Offices of Mary Lee
5  3250 Wilshire Blvd. Suite 900
Los Angeles, CA 90010
6  Tel:  (213) 383-9083; Fax: (213) 383-8339

7  Attorneys for
*Claimant*  OPTIONAL CAPITAL, INC.

8

9  **UNITED STATES DISTRICT COURT**

10  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12  UNITED STATES OF AMERICA       )   NO: CV 04-  2788 ABC (Plax)
                                   )   NO: CV 04 - 3386 ABC
13                                 )   NO: CV 05-  3910 ABC
                                   )   (Consolidated Cases)
14                                 )
                 Plaintiff         )   [Proposed]
15  vs.                            )
                                   )   FINAL JUDGMENT
16  REAL PROPERTY  LOCATED AT      )   ON CLAIMS OF OPTIONAL
    475 MARTIN LANE, BEVERLY       )   CAPITAL, INC.
17  HILLS, CALIFORNIA              )
                                   )
18               Defendants.       )
    _____ )
19                                 )
    ALL RELATED ACTIONS            )
20  _____ )

21

22  **JUDGMENT BY THE COURT WITHOUT A JURY**

23

24         On April 30, 2013 through May 1, 2013, the claims of Claimant, Optional

25  Capital Inc., to properties in each of the above consolidated actions were tried by

26  the Honorable Audrey B. Collins, United States District Court Judge, without a

27  jury.

28         Optional Capital, Inc. claimed to be the owner of each of the following

1  defendant properties:

2

3        Case number CV-04-2788

4        (1)      $2,957,240.40 (plus interest), representing the proceeds from the sale

5                 of real property located at 475 Martin Lane, Beverly Hills, CA.;

6

7        Case number CV-04-3386

8        (2)      the real property located at 924 N. Beverly Drive, Beverly Hills, CA,

9                 Los Angeles County Assessor's ID No. 4344-001-011, legal

10                description: Lot 11 in Block 77 of Beverly Hills, in the City of

11                Beverly Hills, County of Los Angeles, State of California, as per

12                map recorded in Book 11 pages 186 and 187 of maps, in the Office

13                of the County Recorder.;

14

15       Case number CV-05-3910

16       (3)      $956,525.05 ("plus interest") seized from United Commercial

17                Bank Account no. 63600084 in the name of First Stephora Avenue,

18                Inc.;

19       (4)      $157,329.05 (plus interest) seized from United Commercial Bank

20                Account no. 6359914 in the name of Alexandria Investment, LLC;

21       (5)      All funds in Credit Suisse Private Banking Account No. 0251-

22                844548-6 in the name of Alexandria Investment, LLC when the

23                Government served its warrant on or about August 8, 2005;

24       (6)      2002 Porsche Boxster, vin WPOCA29852U624063, California

25       license number 4YBK677, registered in the name of Erica Kim;

26       (7)      1999 Ferrari 550 Maranello, vin ZFFZR49A4X0114823, California

27                license number 4YBK677, registered in the name of Erica Kim;

28       (8)      $34,000.00, ("plus interest") as a substitute *res* for the seized 2003

1   Landrover Range Rover;

2   (9)   2002 Toyota Tacoma Pickup Truck, vin 5TEVL52N82Z050246,

3   California license no. 6W11800, registered in the name of Erica

4   Kim;

5   (10)   A 1999 Porsche Carerra, vin WPOAA2993XS622539, registered in

6   the name of Erica Kim;

7   (11)   The items of Miscellaneous Furniture/Household items seized from

8   924 N. Beverly Drive, as listed in exhibit A to the Government's

9   forfeiture complaint in United Stated District Court case CV-05-

10   03910, under number 3410-05-F-107.;

11   (12)   The items of Miscellaneous Furniture/Household items seized from

12   475 Martin Lane, as listed in exhibit A to the Government's

13   forfeiture complaint in CV-05-03910, under number 3410-05-F-104;

14   (13)   The two chandeliers removed from the 475 Martin Lane property;

15

16   With respect to the claims of Optional Capital, Inc., IT IS HEREBY

17   FOUND, ADJUDICATED and DECREED that Optional Capital, Inc. was and is,

18   the owner of each of the following defendant properties:

19

20   Case number CV-04-2788

21   (1)   $2,957,240.40 (plus interest), representing the proceeds from the sale

22   of real property located at 475 Martin Lane, Beverly Hills, CA.;

23

24   Case number CV-04-3386

25   (2)   the real property located at 924 N. Beverly Drive, Beverly Hills, CA,

26   Los Angeles County Assessor's ID No. 4344-001-011; legal

27   description: Lot 11 in Block 77 of Beverly Hills, in the City of

28   Beverly Hills, County of Los Angeles, State of California, as per

1    map recorded in Book 11 pages 186 and 187 of maps, in the Office

2    of the County Recorder;

3

4    Case number CV-05-3910

5    (3)    $956,525.05 ("plus interest") seized from United Commercial

6           Bank Account no. 63600084 in the name of First Stephora Avenue,

7           Inc.;

8    (4)    $157,329.05 (plus interest) seized from United Commercial Bank

9           Account no. 6359914 in the name of Alexandria Investment, LLC;

10   (5)    All funds in Credit Suisse Private Banking Account No. 0251-

11          844548-6 in the name of Alexandria Investment, LLC as of August

12          8, 2005;

13   (6)    2002 Porsche Boxster, vin WPOCA29852U624063, California

14          license number 4YBK677, registered in the name of Erica Kim;

15   (7)    1999 Ferrari 550 Maranello, vin ZFFZR49A4X0114823, California

16          license number 4YBK677, registered in the name of Erica Kim;

17   (8)    $34,000.00, ("plus interest") as a substitute *res* for the seized 2003

18          Landrover Range Rover;

19   (9)    2002 Toyota Tacoma Pickup Truck, vin 5TEVL52N82Z050246,

20          California license no. 6W11800, registered in the name of Erica

21          Kim;

22   (10)   A 1999 Porsche Carerra, vin WPOAA2993XS622539, registered in

23          the name of Erica Kim;

24   (11)   The items of Miscellaneous Furniture/Household items seized from

25          924 N. Beverly Drive, as listed in exhibit A to the Government's

26          forfeiture complaint in United Stated District Court case CV-05-

27          03910, under number 3410-05-F-107.;

28   (12)   The items of Miscellaneous Furniture/Household items seized from

1    475 Martin Lane, as listed in exhibit A to the Government's

2    forfeiture complaint in CV-05-03910, under number 3410-05-F-104;

3    (13)    The two chandeliers removed from the 475 Martin Lane property;

4

5    IT IS HEREBY FURTHER ORDERED that each of the above properties

6    shall be released forthwith to Optional Capital, Inc., through its counsel of record,

7    Ralph Rogari, and that all released currency shall include all accrued interest.

8

9    IT IS HEREBY FURTHER ORDERED that any check(s) for the return of

10   the defendant currency or accrued interest are to be made payable to Rehm &

11   Rogari client trust fund, 12121 Wilshire Blvd., Suite 600, Los Angeles, CA

12   90025.

13

14   IT IS FURTHER ORDERED that the Court hereby retains jurisdiction over

15   this action for the purpose of ensuring prompt and complete compliance with this

16   Judgment by the Clerk of Court, the United States Marshall Service and the

17   parties.

18

19   Date: May 23, 2013

_____

Honorable Audrey B. Collins
United States District Court Judge

20

21

22

23

24

25

26

27

28