# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>v.<br><br>475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:04–cv–02788–ABC–PLA<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __7/23/2018__

Document Number(s):   __1245__

Title of Document(s):   __Notice of Change of Address__

**ERROR(S) WITH DOCUMENT:**

No attorney's signature on form and bar number is incorrect.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _July 24, 2018_        By:  _/s/ Lori Muraoka  lori_muraoka@cacd.uscourts.gov_
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**