UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | CV 04-02788-ABC (PLAx)<br>CV 04-03386-ABC (PLAx)<br>CV 05-03910-ABC (PLAx) | Date | August 21, 2018 |
|---|---|---|---|
| Title | *United States of America v. Real Property Located at 475 Martin Lane, Beverly Hills, California, et al.* | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER TO SHOW CAUSE (IN CHAMBERS)

    The Court has received and considered Claimant Optional Capital, Inc.'s ("Optional") "Application for Order to Show Cause" ("Application"), filed on July 23, 2018. In the Application, Optional contends former claimant DAS Corporation ("DAS") wrongfully is in possession of funds (valued at over $12 million) that were the subject of the Court's in rem final judgment entered on May 23, 2013. Following a trial, the Honorable Audrey B. Collins adjudicated and decreed that Optional was the owner of the contents of several bank accounts, including the funds at issue in the Application, as well as several pieces of real and personal property. The judgment directed that the subject funds and properties were to be released to Optional and the Court retained jurisdiction to ensure compliance. Optional now claims DAS has had knowledge of the judgment since 2013 yet has refused to release the funds to Optional. Optional asks the Court to issue an order to show cause why DAS should not be held in contempt for its failure to comply with the 2013 judgment.

    Pursuant to Federal Rules of Civil Procedure 70 and 71, the Court hereby GRANTS the Application.

    **DAS is ordered to show cause in writing by no later than December 3, 2018 why it should not be held in contempt for failing to comply with the Court's May 23, 2013 final judgment. Optional shall file a reply thereto by no later than December 17, 2018. Optional and DAS are ordered to appear before the Court for a hearing on this matter on January**

**14, 2019 at 1:30 p.m. in Courtroom 8A of the First Street Courthouse, 350 W. 1ˢᵗ Street, Los Angeles, CA 90012.**

Optional shall serve DAS with a copy of this Order and the Application by no later than November 2, 2018 and shall file a proof of such service by no later than November 9, 2018.

**IT IS SO ORDERED.**