**RALPH ROGARI, Esq. (SBN: 139422)**
**ROGARI LAW FIRM**
12100 Wilshire Blvd. Suite 650
Los Angeles, CA 90025
Tel.: (310) 481-6797
roglaws@yahoo.com

**MARY LEE, Esq. (SBN: 177085)**
**LAW OFFICES OF MARY LEE**
3250 Wilshire Blvd., Suite 1750
Los Angeles, CA 90010
Tel.: (213) 447-1902
leemarylaw@aol.com

Attorneys for Claimant OPTIONAL CAPITAL, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CV 04-2788 ABC (Plax)<br>NO. CV 04-3386 ABC<br>NO. CV 05-3910 ABC |
| Plaintiff, | |
| vs. | (CONSOLIDATED CASES) |
| | **PROOF OF SERVICE** |
| REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA | **PURSUANT TO HAGUE SERVICE CONVENTION** |
| Defendants. | **Service completed on October 10, 2018** |
| ALL FUNDS IN CREDIT SUISSE PRIVATE BANKING ACCOUNT, | |
| Defendants, | |
| AND ALL RELATED ACTIONS | |

1
PROOF OF SERVICE

DOCUMENTS ATTACHED:

1. REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS SERVED ON NATIONAL COURT ADMINISTRATION OF KOREA;

2. CERTIFICATE OF SERVICE RECEIVED FROM NATIONAL COURT ADMINISTRATION OF REPUBLIC OF KOREA WITH CERTIFIED ENGLISH TRANSLATION (ORIGINAL DOCUMENT WITH THE ORIGINAL ENVELOPE WILL BE AVAILABLE FOR REVIEW AND INSPECTION AT THE TIME OF HEARING.)

Respectfully submitted,

RALPH ROGARI & MARY LEE


By:_/s/ MARY LEE_____
    Mary Lee
    Attorney for Claimant
    Optional Capital, Inc.

2

PROOF OF SERVICE