# ATTACHMENT NO. 2

# RESPONSE TO SERVICE REQUEST RECEIVED FROM REPUBLIC OF KOREA

# WITH CERTIFIED TRANSLATION

# Certified Court Interpreter & Translator

**Korean/English** **Hyon K. Ro** **California State ID 300799**

**Registered with Federal Court**

**CERTIFICATION OF TRANSLATION**

I, Hyon K. Ro, the undersigned, certify that I am a Korean interpreter /translator duly certified by the State of California and approved by the U.S. Federal court, and that I am proficient and competent to translate these documents in both Korean and English, and that under the penalty of perjury, pursuant to the laws of the state of California, the translation is true and accurate, to the best of my abilities and belief. And I further certify that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial interest in the outcome of any action related to this translation.

Title of the document: **Response to Service Request**

Original language: Korean Target language: English

Executed this on the 6th day
Of November, 2018

Hyon K. Ro
Certified Court Interpreter
State ID 300799

**10105 France Avenue Tujunga, CA 91042** **Tel: 818.434.9138** **hyonkro@msn.com**

# Daegu Family Court Gyeongju Branch Response

To Director General of International Affairs
National Court Administration

**Cooperation Number: 2018-D-768**
**Case Number          : 2018REO1**
**Applicant Country    : The United States of America**

    Since the service document applied for to this court has been served as the attached certificate, it is to respond regarding the result.

Attachment: 1. Certificate
             2. Document related to service certificate such as Postal
                Service Notice. End

2018. 10. 15.

# Daegu Family Court Gyeongju Branch Director

**CERTIFICATE**

---

The undersigned authority has the honour to certify, in conformity with the article of 6 of the Convention.

1) that the document has been served*
- the (date) 2018. 10. 10.
- at (place, street, number) Gyeongsangbuk-do Gyeongju-si Oedong-eup Oedong NongongddanJi-gil 14
- in one of the following methods authorized by article 5:

*a*) in accordance with the provisions of sub-paragraph (*a*) of the first paragraph of article 5 of the Convention*

The documents referred to in the request have been delivered to:
- (identity and description of person)
  Hye Jin Yu

- relationship to the addressee (family, business or other):
  Colleague at work

2)

Annexes
Documents returned:

In appropriate cases, documents establishing the service:
Postal Service Notice

Done at Daegu District Court Gyeongju Branch
the 2018. 10. 12.
Signature and/or stamp

Daegu District Court Gyeongju Branch

Court Clerk Wu Jeong Gon seal

* Delete if inappropriate.

**2018REO1** Postal Service Notice Date sent: 2018.10.8. Fee: 4,460 won

**Director General for International Affairs Office Civil Division**

0. Service document Service application document

**Daegu District Court Gyeongju Branch (WU: 38145)**

0. Sender Court Clerk Jeong Gon Wu

0. Service Recipient 38214

Gyeongju-si Oeodong-eup Oedong Nongongdanji-gil 14 (Gueori (Inc.) Das)

Respondent 1

Corporation Das

CEO Sang Eun Lee, Gyung Ho Kang

| Reason for non-delivery | | | |
|---|---|---|---|
| Classification / Frequency | 1 | 2 | 3 |
| 1. Absence of addressee | | | |
| 2. Closed door absence | | | |
| 3. Addressee unknown | | | |
| 4. Address unknown | | | |
| 5. Move unknown | | | |
| 6. Other | | | |
| 7. Wrong delivery | | | |
| Delivery Date | | | |
| Mailman verification | Dong Jin Seol (Seal) | | |
| Enter reason | | | |

| Service Method | | | Recipient Name | Relationship | Signature or Seal |
|---|---|---|---|---|---|
| 1 | It was given to the person. | | | | |
| 2 | As (I) did not meet the person, it was given to a person of ① through ③. | ① Office clerk or employee of his/her place of business, office | | | |
| | | ② His/her address, cohabitant of residence | | | |
| | | ③ Employer or employee, etc. of his/her work place | Hye Jin Yu | Colleague at work | [signature] |
| 3 | As the person of ① through ③ refused receipt, the document was placed in the place. | ① The person to receive service | | | |
| | | ② Office clerk or employee of his/her place of business, office | | | |
| | | ③ His/her address, cohabitant of residence | | | |
| Date of Service | | October 10, 2018 16:37 | | | |
| Place of Service | | Gyeongju-si Eodong-eup Eodong Nongongdanji-gil 14 (Gueori (Inc.) Das) | | | |
| Section for Acceptor | | It has been served as above. 20118REO1<br>October 10, 2018 **Affairs Section**<br>Gyeingju Oedong Post Office **Civil Division**<br>Mailman Dong Jin Seol (seal) 6414277 | | | |

Note: 1. Among the service methods, please write in the name and relationship of applicable item in the Recipient section (For the case of Service Method [3], person refusing receipt). (For the section for Service Method [2] ③, limited to the case where service document is delivered to the place of the person to be served to, please write in the content).

2. Please have the person to be served personally either sign or seal in the Recipient section. In case mailman writes for the person, it must be written "Written for". For the case of Service Method [3], the mailman should write sign or seal all.

3. In the section of Service Place, please enter 'si, gun, eup, myeon, dong', street address, etc. clearly. However, when issued at the post office window, please enter just "○○ Post Office window".

4. Among the Reason for Non-delivery in the upper right, mark [6. Other] when none of the Reason for Non-delivery 1 through 5 is applicable, and in the section of [Enter reason] please write briefly unusual items learned over the process of delivery being made by mailman (for example: long-term traveling of the person to be served to, military enlistment, prison incarceration, etc.).

# Service Status by Case

Trial Division: Civil Division [Print date: 2018. 10. 15. 10:40]

| Classification | Service Status | | Service Result |
|---|---|---|---|
| ►[2018REO1] | | | |
| Service Item | Service Application Document | | **Service: 2018.10.10** |
| Preparation Date • Method | Prepared: 2108.10.08 | Postal Service | |
| Person to be served to • Address | **1 Person applied for Corporation Das** | Gyeongju-si Oedong-eup Oedong Nonongdanji-gil 14 (Gueori (Inc.) Das) | |
| Recipient • Location | Employer/employee (colleague at work) Hye Jin Yu | Gyeongju-si Oedong-eup Oedong Nonongdanji-gil 14 (Gueori (Inc.) Das) | [Gyeongju Oedong/ Dong Jin Seol] |

# 대구가정법원 경주지원
# 회 신 서

법원행정처 국제심의관 귀하

**공조번호 : 2018-D-768**
**사건번호 : 2018러1**
**촉탁국가 : 미국**

이 법원이 촉탁 받은 송달서류는 덧붙임 증명서와 같이 송달되었으므로, 그 결과를 회신합니다.

덧붙임 : 1. 증명서(Certificate)
2. 우편송달통지서 등 송달증명 관련서류. 끝

2018. 10. 15.

**대 구 가 정 법 원 경 주 지 원 장**

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.

1) that the document has been served*

- the (date) 2018. 10. 10.
- at (place, street, number) 경상북도 경주시 외동읍 외동논공단지길 14
- in one of the following methods authorised by article 5 :

*a)* in accordance with the provisions of sub-paragraph *(a)* of the first paragraph of article 5 of the Convention*

The documents referred to in the request have been delivered to :

- (identity and description of person)
  유혜진
- relationship to the addressee (family, business or other) :
  직장동료

2)

*Annexes*

Documents returned :

In appropriate cases, documents establishing the service :

우편송달통지서

Done at 대구지방법원 경주지원

the 2018. 10. 12.

Signature and/or stamp

대구지방법원 경주지원
법원주사 우 정 곤 (인)

* Delete if inappropriate.

2018러1 우편송달통지서 발송일:2018.10.8. 요금:4,460원

**국제심의관실 민사부**

0.송달서류 송달촉탁서류

**대구지방법원 경주지원 (우:38145)**
0.발송하는 사람 법원주사 우정곤
0.송달받을 사람 38214

경주시 외동읍 외동농공단지길 14
(구어리 (주)다스)

피신청인1

주식회사 다스
대표자 이상은, 강경호

배달 못한 사유

| 구분/회수 | 1회 | 2회 | 3회 |
|---|---|---|---|
| 1. 수취인부재 | | | |
| 2. 폐문 부재 | | | |
| 3. 수취인불명 | | | |
| 4. 주소 불명 | | | |
| 5. 이사 불명 | | | |
| 6. 기 타 | | | |
| 7. 잘못된송달 | | | |
| 배 달 날 짜 | | | |
| 집배원 확인 | 설동진 (인) | | |
| 사유 기재 | | | |

| | 송 달 방 법 | | 영수인 이 름 | 관 계 | 서명 또는 날인 |
|---|---|---|---|---|---|
| 1 | 본인에게 주었다. | | | | |
| 2 | 본인을 만나지 못하여 ① 내지 ③ 사람에게 주었다. | ① 본인 영업소,사무소의 사무원 또는 피용자 | | | |
| | | ② 본인주소,거소의 동거인 | | | |
| | | ③ 본인 근무장소의 사용자, 종업원등 | 유혜진 | 직장동료 | [signature] |
| 3 | ① 내지 ③ 사람이 수령을 거부하므로 그 장소에 서류를 두었다. | ① 송달받을 본인 | | | |
| | | ② 본인 영업소,사무소의 사무원 또는 피용자 | | | |
| | | ③ 본인주소,거소의 동거인 | | | |

| | |
|---|---|
| 송 달 한 날 짜 | 2018 년 10 월 10 일 16:37 |
| 송 달 장 소 | 경주시 외동읍 외동농공단지길 14 (구어리 (주)다스) |
| 접 수 인 란 | 위와 같이 송달하였습니다. 2018 년 10 월 10 일 경주외동 우체국 우편집배원 설동진 (인) |

2018러1
**사무과**
**민사부**
6414277

주의: 1. 송달방법 중 해당하는 항목(송달방법 [3]의 경우에는 수령을 거부한 사람)의 영수인란에 이름 및 관계를 적기 바랍니다.(송달방법 [2] ③ 란은 송달받을 사람의 근무장소에서 송달서류를 전달한 경우에 한하여 그 내용을 적기 바랍니다).
2. 송달받은 사람으로 하여금 영수인란에 직접 서명 또는 날인하게 하기 바랍니다. 집배원이 대필한 경우에는 "대필"이라고 적어야 합니다. 송달방법 [3]의 경우에는 모두 집배원이 서명 또는 날인하기 바랍니다.
3. [송달장소]란에는 시.군.읍.면.동.번지 등을 상세하게 명확히 기입하기 바랍니다. 다만, 우체국 창구에서 교부한 때에는 "○○우체국 창구"라고만 적기 바랍니다.
4. 우측 상단의 [배달못한 사유] 중 [6. 기타]란에는 1 내지 5의 송달불능사유 어디에도 해당되지 아니하는 경우에 표시하고, [사유기재란]에는 위와 같은 사유 및 우편집배원이 배달하는 과정에서 알게 된 특이사항(예 : 송달받을 사람의 장기여행, 군 입대, 교도소 수감 등)을 간략히 적기 바랍니다.

# 사건별 송달현황

재판부 : 민사부 [출력일: 2018. 10. 15. 10:40]

| 구분 | 송달현황 | | | 송달결과 |
|---|---|---|---|---|

**▶[2018러1]**

| 송달물 | **송달촉탁서류** | | | 송달:2018.10.10 |
|---|---|---|---|---|
| 생성일·방법 | 생성:2018.10.08 | 우편송달 | | |
| 송달받을자·주소 | **피신청인1 주식회사 다스** | 경주시 외동읍 외동농공단지길 14 (구어리 (주)다스) | | |
| 수령인·장소 | 사용자/종업원(직장동료) 유혜진 | [경주시 외동읍 외동농공단지길 14 (구어리 (주)다스)] | | [경주외동/설동진] |