**LTL ATTORNEYS LLP**
James M. Lee (Bar No. 192301)
  james.lee@ltlattorneys.com
Joe Tuffaha (Bar No. 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (Bar No. 284022)
  prashanth.chennakesavan@ltlattorneys.com
Sarah Silverton (Bar No. 212464)
  sarah.silverton@ltlattorneys.com
Kevin B. Kelly (Bar No. 274145)
  kevin.kelly@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Phone: (213) 612-8900
Fax: (213) 612-3773

*Attorneys for Defendant DAS Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 04-2788 ABC (Plax) |
| | NO. CV 04-3386 ABC |
| Plaintiff, | NO. CV 05-3910-ABC |
| | |
| v. | (CONSOLIDATED CASES) |
| | |
| REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA, | **NOTICE OF APPEARANCE FOR JOE H. TUFFAHA** |
| | |
| Defendant. | Final Judgment Entered: May 23, 2013 |
| _____ | |
| ALL FUNDS IN CREDIT SUISSE PRIVATE BANKING ACCOUNT, | |
| | |
| Defendant. | |

**NOTICE OF APPEARANCE**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of attorney Joe H. Tuffaha (Joe.Tuffaha@ltlattorneys.com) of the law firm LTL Attorneys, LLP, 300 S. Grand Ave., Floor 14, Los Angeles, CA 90071, as counsel of record in this action for Defendant, DAS Corporation.

Mr. Tuffaha's e-mail address, for purpose of Receipt of Notice of Electronic Filing, is as follows: Joe.Tuffaha@ltlattorneys.com.  For other purposes, contact information for counsel is set forth above.  DAS Corporation requests that Mr. Tuffaha be included on the Court's and parties' service lists.

Dated: December 3, 2018                     **LTL ATTORNEYS LLP**

   /s/ Joe H. Tuffaha

James M. Lee
Joe H. Tuffaha
Prashanth Chennakesavan
Kevin B. Kelly
Sarah K. Silverton
Attorneys for Defendant DAS Corporation

- 1 -
**NOTICE OF APPEARANCE**