**RALPH ROGARI, Esq. (SBN: 139422)**
**ROGARI LAW FIRM**
12400 Wilshire Blvd. Suite 400
Los Angeles, CA 90025
Tel.: (310) 207-0059
roglaws@yahoo.com

**MARY LEE, Esq. (SBN: 177085)**
**LAW OFFICES OF MARY LEE**
3250 Wilshire Blvd., Suite 1750
Los Angeles, CA 90010
Tel.: (213) 447-1902
leemarylaw@aol.com

Attorneys for Claimant-Applicant OPTIONAL CAPITAL, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA<br><br>Defendants.<br><br>ALL FUNDS IN CREDIT SUISSE PRIVATE BANKING ACCOUNT,<br><br>Defendants,<br><br>AND ALL RELATED ACTIONS | NO. CV 04-2788 ABC (Plax)<br>NO. CV 04-3386 ABC<br>NO. CV 05-3910 ABC<br><br>(CONSOLIDATED CASES)<br><br>**OPTIONAL CAPITAL INC.'S OBJECTIONS TO DAS CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLICATION FOR ORDER TO SHOW CAUSE**<br><br>Date of Hearing: January 14, 2019<br>Time: 1:30 pm<br>Courtroom: 8A<br><br>Date of Final Judgment Entered: May 23, 2013 |

1

1      Claimant - Applicant Optional Capital, Inc. ("Optional") respectfully objects to Respondent DAS Corporation's ("DAS") Request for Judicial Notice in its entirety, except for Nos 1, 2, and 7, 8, and 38 under FRE 201, 401, 402, 801, and 802.

**1. Judicial Notice Should Be Denied as the Documents Are Inadmissible Under Rule 401.**

Fed.R.Evid. 201 provides that a judicially noticed fact is "one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Rule 201 (a) provides that the judicially noticed fact must be an adjudicative fact and therefore, courts require that such facts satisfy the evidentiary rules regarding relevance as well. See Blye v. Cal. Supreme Court, No. 11-5046, 2014 U.S. Dist. LEXIS 7329, *3 (N.D. Cal. Jan 21, 2014) ("[A]n irrelevant fact is one not of consequence determining the action, *see* Fed. R.Evid. 401(b), and therefore, cannot be classified as an adjudicative fact."). Thus, information requested to be judicially noticed must be relevant to the matter before the Court. See 29 Am Jur 2d Evid. § 25 (1994).

The documents objected to have no relevance to the issue before this court – why DAS should not be held in contempt for its failure to comply with the final judgment entered on May 23, 2013. Interlocutory orders or counsel's briefs filed prior to the entry of the final judgment are not relevant to the dispositive issue of the hearing. Parties' litigation activities in the state court have no relevance to the enforcement of the final judgment entered in this court. Therefore, request for judicial notice should be denied on that ground.

2      **Facts Stated in the Court Records Are Not Admissible Evidence**.

Without submitting any declaration of a witness, DAS presented its argument solely based on various court filings. These court records are not admissible evidence and the request for judicial notice should be denied. The court orders are subject to judicial notice, but the facts contained in those orders are not subject to judicial notice, particularly to the extent that they are disputed. See. Lee v.

2

1   City of Los Angeles 250 F. 3d 668, 690 (9th Cir. 2001). With respect to the documents filed by various

2   parties, the Court may take judicial notice that the documents were filed and the date on which they

3   were filed. However, the Court may not take judicial notice of any facts set forth in the documents

4   themselves. See. M/V Am Queen v. San Diego Marine Constr. Corp. 708 F. 2d 1483, 1491 (9th Cir.

5   1983) ("As a general rule, a court may not take judicial notice of proceedings or records in another

6   cause so as to supply, without formal introduction of evidentiary facts essential to support a contention

7   in a cause then before it.")   As listed in the table below, as the most documents are either irrelevant

8   or inadmissible hearsay, DAS's request for judicial notice should be denied.

| Document objected to | Description of the document | Grounds for Objection | Ruling |
|---|---|---|---|
| RJN No. 3 Exhibit C | Court Order on Optional's Motion for Summary Adjudication (LASC BC 474472) (July 20, 2016) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402 The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; State court judge's interlocutory order is irrelevant to DAS's failure to comply with the final judgment entered in the district court. | Sustained____ Overruled ___ |
| RJN No. 4 Exhibit D | Optional's Motion for Summary Adjudication filed in the state court BC 474472 (May 6, 2016) | Relevance FRE 401 and 402 | Sustained____ Overruled ___ |
| RJN No. 5 Exhibit E | Brief of Appellant (April 30, 2014) | Relevance FRE 401 and 402 | Sustained____ Overruled ___ |
| RJN No. 6 | Optional's First Amended Complaint filed in the state court BC 474472 | Relevance FRE 401 and 402 | Sustained____ |

3

Optional Capital Inc.'s Objections to DAS Corporation's Request for Judicial Notice

| | | | | |
|---|---|---|---|---|
| 1 | Exhibit F | | | Overruled ___ |
| 2 | RJN No. 9 | Civil Minutes-General October 19, 2012 | Hearsay FRE 801 and 802; Relevance FRE 401 and 402 | Sustained____ |
| 3 | Exhibit I | | The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; litigation history prior to the final judgment entered on May 23, 2013 has no relevance to the post-judgment enforcement. | Overruled ___ |
| 9 | RJN No. 10 | Proposed Judgment (May 29, 2012) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; litigation history prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____ |
| 10 | | | | Overruled ___ |
| 11 | Exhibit J | | | |
| 12 | RJN No. 11 | Optional's Motion for Summary Judgment filed on May 14, 2012 | Hearsay FRE 801 and 802; Relevance FRE 401; litigation history prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____ |
| 13 | | | | Overruled ___ |
| 14 | Exhibit K | | | |
| 15 | RJN No. 12 | Ninth Circuit Mandate (May 4, 2012) | Relevance FRE 401; An interlocutory order prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____ |
| 16 | | | | Overruled ___ |
| 17 | Exhibit L | | | |
| 18 | RJN No. 13 | Ninth Circuit Order (March 12, 2012) | Relevance FRE 401; An interlocutory order prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____ |
| 19 | | | | Overruled ___ |
| 20 | Exhibit M | | | |
| 21 | RJN No. 14 | Appellant's Response to Motion to Dismiss Appeal (December 11, 2012) | Relevance FRE 401 | Sustained____ |
| 22 | | | | Overruled ___ |
| 23 | Exhibit N | | | |

| | | | |
|---|---|---|---|
| RJN No. 15<br><br>Exhibit O | Complaint filed in the state court BC 474472 (December 1, 2011) | Relevance FRE 401 | Sustained____<br><br>Overruled ___ |
| RJN No. 16<br><br>Exhibit P | Civil Minutes-General (November 17, 2011) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; litigation history prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____<br><br>Overruled ___ |
| RJN No. 17<br><br>Exhibit Q | Order RE Optional's Motion for Summary Judgment (November 14, 2011) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; litigation history prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____<br><br>Overruled ___ |
| RJN No. 18<br><br>Exhibit R | Motion for Order Dismissing DAS Corporation as a Claimant (November 14, 2011) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; litigation history prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____<br><br>Overruled ___ |
| RJN No. 19<br><br>Exhibit S | Ninth Circuit Order (October 17, 2011) | Relevance FRE 401; an interlocutory order issued prior to the final judgment entered has no relevance to the post-judgment enforcement. | Sustained____<br><br>Overruled ___ |
| RJN No.20<br><br>Exhibit T | Civil Minutes-General (August 1, 2011) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; litigation history prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____<br><br>Overruled ___ |

| | | | |
|---|---|---|---|
| RJN No. 21  Exhibit U | Order re Preliminary Injunction (July 18, 2011) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; An interlocutory order issued prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____  Overruled ___ |
| RJN No. 22  Exhibit V | Petition for Writ of Mandamus (June 27, 2011) | Relevance FRE 401; litigation history prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____  Overruled ___ |
| RJN No. 23  Exhibit W | Order RE Motion to Compel Alexandria Investments LLC, et.al. (June 20, 2011) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; An interlocutory order prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____  Overruled ___ |
| RJN No. 24  Exhibit X | Order re Motion for an Order of Contempt against DAS Corporation (June 17, 2011) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; An interlocutory order prior to the final judgment entered on May 23, 2013 has no relevance to the post-judgment enforcement. | Sustained____  Overruled ___ |
| RJN No. 25  Exhibit Y | Exhibit 5 to Declaration of Robert Fiechter in Support of the Opposition of DAS Corporation, et.al. (filed May 23, 2011) | Hearsay FRE 801 and 802: Exhibit 5 which was filed on May 23, 2011 by former DAS's attorney is inadmissible hearsay.  FRE 401 and 402: The document which was filed on May 23, 2011 has | Sustained____  Overruled ___ |

| | | | |
|---|---|---|---|
| | | no relevance to DAS's failure to comply with the final judgment entered on May 23, 2013. | |
| RJN No. 26  Exhibit Z | Optional's Motion for Order Compelling DAS to Deposit All Sums It Obtained from Credit Suisse with the Clerk of the Court (filed May 16, 2011) | FRE 401 and 402  Litigation history prior to the entry of the final judgment dated has no relevance to the subject matter of post-judgment enforcement. | Sustained____  Overruled ___ |
| RJN No.27  Exhibit AA | Exhibit 1 to Notice of Motion and Motion for Contempt against DAS, et.al. (filed May 16, 2011) | Hearsay FRE 801 and 802. Exhibit 1 which was filed on May 11, 2011 is inadmissible hearsay; FRE 401 and 402. The document which was filed on May 11, 2011 has no relevance to DAS's failure to comply with the final judgment entered on May 23, 2013. | Sustained____  Overruled ___ |
| RJN No. 28  Exhibit BB | Reporter's Transcript of Proceedings (Status Conference Re: 9th CCA Order) | FRE 801 and 802: Inadmissible hearsay; Relevance FRE 401and 402: litigation history prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____  Overruled ___ |
| RJN No. 29  Exhibit CC | Civil Minutes-General (May 2, 2011) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; An interlocutory order prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____  Overruled ___ |
| RJN No. 30  Exhibit DD | Exhibit B to DAS Corporation's Response to Optional Capital's supplemental status report (April 29, 2011) | Hearsay FRE 801 and 802. Exhibit B which was filed on April 29, 2011 by former DAS's attorney is inadmissible hearsay; FRE 401 and 402. The document which was filed on April 11, 2011 has no relevance to DAS's failure to comply with the final judgment entered on May 23, 2013. | Sustained____  Overruled ___ |

7

Optional Capital Inc.'s Objections to DAS Corporation's Request for Judicial Notice

| # | | | | |
|---|---|---|---|---|
| 1, 2, 3, 4 | RJN No. 31<br><br>Exhibit EE | Follow-Up Report From Government RE: Credit Suisse Accounts (April 28, 2011) | FRE 801 and 802 Inadmissible Hearsay; FRE 401 and 402 Relevance: Government's statement made in a report dated April 28, 2011 is inadmissible hearsay and it has no relevance to the final judgment entered on May 23, 2013. | Sustained____<br><br>Overruled ___ |
| 5, 6, 7, 8 | RJN No. 32<br><br>Exhibit FF | Report from Government on Status of Credit Suisse Accounts (April 11, 2011) | FRE 801 and 802 Inadmissible Hearsay; FRE 401 and 402 Relevance:<br>Government's statement made in a report dated April 11, 2011 is inadmissible hearsay and it has no relevance to the final judgment entered on May 23, 2013. | Sustained____<br><br>Overruled ___ |
| 9, 10, 11, 12, 13 | RJN No. 33<br><br>Exhibit GG | Brief of Appellant DAS Corporation (April 10, 2010) | FRE 801 and 802 Inadmissible Hearsay;<br>FRE 401 and 402 Relevance<br>A brief filed by former DAS's counsel three years prior to the entry of the final judgment is inadmissible hearsay and has no relevance to DAS's failure to comply with the final judgment entered on May 23, 2013. | Sustained____<br><br>Overruled ___ |
| 14, 15, 16, 17, 18, 19 | RJN No. 34<br><br>Exhibit HH | Civil Minutes-General (December 31, 2008) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; An interlocutory order prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____<br><br>Overruled ___ |
| 20, 21, 22, 23, 24 | RJN No. 35<br><br>Exhibit II | Government's Response to Kim Claimants' Motion for Order Directing Government to Withdraw MLAT Request and Regarding Maintenance of Defendant Accounts Pending Further Order of the Court (filed December 22, 2008) | FRE 801 and 802 Inadmissible Hearsay; FRE 401 and 402 Relevance:<br>Government's statement made in its brief filed on December 22, 2008 is inadmissible hearsay and has no relevance to DAS's failure to comply with the final judgment. | Sustained____<br><br>Overruled ___ |

| | | | | |
|---|---|---|---|---|
| 1<br>2<br>3<br>4<br>5 | RJN No. 36<br><br>Exhibit JJ | DAS's Opposition to Order RE Motion for Order 1) Directing Government to Withdraw MLAT Request and 2) Regarding Maintenance of Defendant Accounts Pending Further Order (filed December 22, 2008) | FRE 801 and 802 Inadmissible Hearsay;<br>FRE 401 and 402 Relevance<br>A brief filed by former DAS's counsel five years prior to the entry of the final judgment is inadmissible hearsay and has no relevance to DAS's failure to comply with the final judgment entered on May 23, 2013. | Sustained____<br><br>Overruled ___ |
| 6<br>7<br>8<br>9 | RJN No. 37<br><br>Exhibit<br><br>KK | Claimant Optional Capital, Inc.'s Opposition to the Kim Claimants' Motion for Order RE: Credit Suisse Account (filed December 22, 2008) | FRE 401 and 402 Relevance<br>A brief filed by Optional's counsel five years prior to the entry of the final judgment is inadmissible hearsay and has no relevance to DAS's failure to comply with the final judgment entered on May 23, 2013. | Sustained____<br><br>Overruled ___ |
| 10<br>11<br>12<br>13<br>14<br>15 | RJN No. 39<br><br>Exhibit<br><br>MM | Order RE: Kim Claimants' Motion for Summary Judgment and the Government's Cross-Motion for Summary Adjudication (March 13, 2007) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; An interlocutory order prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____<br><br>Overruled ___ |
| 16<br>17<br>18<br>19<br>20<br>21 | RJN No. 40<br><br>Exhibit<br><br>NN | Civil Minutes-General (June 15, 2006) | Hearsay FRE 801 and 802; Relevance FRE 401 and 402; The court may take judicial notice of the existence of the order, however, the court may not take judicial notice of the judge's statements and reasoning; they are hearsay statements of a judge-declarant and inadmissible; An interlocutory order prior to the final judgment has no relevance to the post-judgment enforcement. | Sustained____<br><br>Overruled ___ |
| 22<br>23<br>24 | RJN No. 41 | Brief of Amicus Curiae: Government of Switzerland (filed in Credit Suisse and Swiss Bank Corporation v. United States District Court Central District of California, | FRE 801 and 802 Inadmissible Hearsay; FRE 401 and 402 Relevance<br>A brief filed by counsel for a foreign bank in another case sixteen years prior to the entry of the final | Sustained____<br><br>Overruled ___ |

| | | | |
|---|---|---|---|
| Exhibit OO | Ninth Circuit Case No. 97-70193 (filed March 6, 1997) | judgment is inadmissible hearsay and has no relevance to DAS's failure to comply with the final judgment entered on May 23, 2013. | |
| RJN No. 42 Exhibit PP | Department of Justice Asset Forfeiture Policy Manual (2016 version) | FRE 801and 802 Inadmissible Hearsay; FRE 401 and 402 Relevance: | Sustained____ Overruled ___ |
| RJN No. 43 Exhibit QQ | Appellant's Opening Brief (April 3, 2012) | FRE 801 and 802; FRE 401 and 402 Relevance<br>A brief filed by counsel five prior to the entry of the final judgment is inadmissible hearsay and has no relevance to DAS's failure to comply with the final judgment entered on May 23, 2013. | Sustained____ Overruled ___ |
| | | | |

Dated: December 17, 2018            ROGARI LAW FIRM & MARY LEE


By:__/s/*MARY LEE*_____
       Mary Lee
       Attorneys for Applicant
       Optional Capital, Inc.